Reuben D. Nathan, Esq..(SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:     (949) 486-1889
Email: r.n@azimynathan.com
           e.a@azimynathan.com

Attorneys of Record for Plaintiff, Joseph Abdullah

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS A. CARLIN; PATRICIA A. CARLIN and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00892 MCE KJM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER** |

- 1 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND [PROPOSED ORDER]**

PLEASE TAKE NOTICE THAT Plaintiff dismisses in its entirety the above-captioned matter and all Defendants thereto, with prejudice, each party to bear its own attorneys' fees and costs.

DATED: January 31, 2007                              **AZIMY & NATHAN, LLP**

                        **BY:** /s/ Reuben D. Nathan, Esq.
                               Reuben D. Nathan, Esq.
                               Attorney for Plaintiff, Joseph Abdullah

## ORDER

The above-captioned matter and all defendants thereto are dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated:  February 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

RULE 41(a) OR (c) AND [PROPOSED ORDER]